## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

FILED JAMES BONINI CLERK 05 JUN 16 PM 4:35 SOUTHERN DISTRICT OHIO CINCINNATI

| | | | |
|---|---|---|---|
| Name: | Brenda Gail Privett | Docket #: | CR-1-02-78 |
| Address: | 140 Oak Street, Loveland, Ohio | Judge: | The Honorable Sandra S. |
| | 45140 | | Beckwith |

You have been ordered by the United States District Court to pay a special assessment of $ __600__, restitution of $ __749,783.76__, and/or a fine of $ __N/A__, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $ __150__, commencing __immediately__. This is based on the following analysis of your ability to pay: __Your representation that you can pay $150 per month based upon your income and expenses.__

_____      __3-31-05__
U. S. Probation Officer                                    Date

**Order of the Court:** The Court orders minimum monthly payments of $ __150__ to commence on __3/13/05__ and to continue until the debt is satisfied or the Court alters the payment schedule.

_____      __3/13/05__
Signature of Judicial Officer                          Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted**. The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
103 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your (restitution)/fine bears ~~or does not bear~~ (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

X _Brenda G Privett_____      X __6/14/05__
Defendant                                                          Date

_____      __6/14/05__
U.S. Probation Officer                                  Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU