PROB 12A
(12/98)
**PRIVETT, Brenda**
**1:02CR00078**

# United States District Court

### for

### Southern District of Ohio

### Report on Offender Under Supervision

2007 JUL 27  AM 9: 09

U.S. D̶̶̶ ̶  URT
SOUTHERN D̶ S̶ OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| Name of Offender: | **Brenda Gail Privett**   Case Number: **1:02CR00078** |
| Name of Sentencing Judicial Officer: | **The Honorable Sandra S. Beckwith, Chief United States District Judge** |
| Date of Original Sentence: | **July 21, 2003** |
| Original Offense: | **Conspiracy, in violation of 18 U.S.C.   § 371; Embezzlement from Insurance Company, in violation of 18 U.S.C. § 1033(b); Mail Fraud, in violation of 18 U.S.C. § 1341; Wire Fraud, in violation of 18 U.S.C. § 1343; Bank Fraud, in violation of 18 U.S.C. § 1344; and Making a False Statement to Influence a Financial Institution, in violation of 18 U.S.C. § 1014.** |

Original Sentence: **12 months and 1 day imprisonment,  36 months supervised release.**

Type of Supervision: **Term Of Supervised Release**          Date Supervision Commenced: **July 30, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Special Condition 4: "The defendant shall pay any unpaid balance of the restitution order." | Privett was ordered to pay restitution in the amount of $749,783.76.  As of this report, there remains a balance of $744,513.76. |

U.S. Probation Officer Action:

Privett was sentenced to 12 months and one day imprisonment on July 21, 2003 after being convicted of Conspiracy, in violation of 18 U.S.C. § 371; Embezzlement from Insurance Company, in violation of 18 U.S.C. § 1033(b); Mail Fraud, in violation of 18 U.S.C. § 1341; Wire Fraud, in violation of 18 U.S.C. § 1343; Bank Fraud, in violation of 18 U.S.C. § 1344; and Making a False Statement to Influence a Financial Institution, in violation of 18 U.S.C. § 1014.  She commenced a 36 month term of supervised release on July 30, 2004.

This officer is writing to advise the Court that Privett's supervised release is scheduled to expire on July 29, 2007 and she still owes $744,513.76 in restitution.  Privett has maintained gainful employment during her

PROB 12A
(12/98)
**PRIVETT, Brenda**
**1:02CR00078**

supervision, and she has made consistent monthly payments of $150 toward her Court ordered financial obligations. She has submitted monthly reports and reported to her probation officer as instructed. She has had no new law violations or other violations of her conditions. Privett has also submitted income tax returns for the years involving her offense. She recently signed a Consent Agreement in which she agreed to pay $75 per month toward her restitution. The Consent Agreement has been submitted to the United States Attorney's Financial Litigation Unit (FLU) for further action. Privett will reduce her work hours starting in August 2007 in order to care for her husband who is undergoing cancer treatment. As a result, she agreed to pay $75 per month rather than her previous $150. She stated she will work with the FLU to re-establish a payment when she returns to work full-time.

Based upon Privett's positive adjustment to supervision and the fact the Financial Litigation Unit can pursue further collections, it is this officer's recommendation that the Court take no action and allow Privett's supervision to expire on July 29, 2007 as scheduled.

Respectfully submitted,                                    Approved,

by                                                       by
   **Thomas Barbeau**                                        **John Cole**
   U. S. Probation Officer                                  Supervising U. S. Probation Officer
   Date:    **July 25, 2007**                               Date:    **July 25, 2007**

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

Signature of Judicial Officer

7/27/07
Date